IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00981-BNB

DANIEL ALLAN SCHNEIDER,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

ORDER OF DISMISSAL

    Plaintiff Daniel Allan Schneider currently is detained at the Burliegh County Detention Center in Bismarck, North Dakota. On April 20, 2009, Mr. Schneider initiated an action by filing a Prisoner Complaint, with no caption page, and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. He, however, failed to file his claims on a current Court-approved Prisoner Complaint form and to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Magistrate Judge Boyd N. Boland entered an order on April 29, 2009, directing the Clerk of the Court to commence a civil action and instructing Mr. Schneider to file his claims on a current Court-approved Prisoner Complaint form and to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Schneider was warned that the action would be dismissed without further notice if he failed to comply within the time allowed.

Mr. Schneider now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this __11__ day of _____June_____, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00981-BNB

Daniel A. Schneider
Prisoner No. 98291
1102 E. Ave. C
Bismarck, ND 58501

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** above-named individuals on 6/12/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk